# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; ABKCO MUSIC, INC.; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC; MOW B'JOW MUSIC INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; CYANIDE PUBLISHING; PEER INTERNATIONAL CORPORATION; SCREEN GEMS-EMI MUSIC INC.; COTA MUSIC INC.; POWER METAL MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LEX CORP. INC. a/k/a LEXCORP, INC. d/b/a BAMBOO BETTY'S and DAVID PAUL and LISA PAUL, each individually,<br><br>　　　　　Defendants. | CIVIL ACTION NO.:<br>0:15-cv-02828-DSD-TNL |

## ORDER OF JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Lex Corp, Inc. a/k/a LexCorp, Inc. d/b/a Bamboo Betty's, David Paul, and Lisa Paul is granted, this Court

finding that Defendants knowingly and intentionally infringed upon the copyrights of fourteen (14) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Lex Corp, Inc. a/k/a LexCorp, Inc. d/b/a Bamboo Betty's, David Paul, and Lisa Paul, jointly and severally, statutory damages in the amount of Four Thousand Dollars ($4,000.00) for each of the fourteen (14) musical compositions, for a total of Fifty-Six Thousand Dollars ($56,000.00), pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Lex Corp, Inc. a/k/a LexCorp, Inc. d/b/a Bamboo Betty's, David Paul, and Lisa Paul, jointly and severally, full costs in this action, including reasonable attorney's fees, in the amount of $5,632.06 pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Lex Corp, Inc. a/k/a LexCorp, Inc. d/b/a Bamboo Betty's, David Paul, and Lisa Paul, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Lex Corp, Inc. a/k/a LexCorp, Inc. d/b/a Bamboo Betty's, David Paul, and Lisa Paul and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED:  June 2, 2016.

s/David S. Doty
David S. Doty, Judge
United States District Court